1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8

9   CLIFFORD J. SCHUETT,
                                              Case No. 2:14-cv-1645-JAD-CWH
10                      Plaintiff,

11   v.                                       **Order**

12   WARDEN COLLINS et al.,

13                      Defendants.

14

15

16   **I.     DISCUSSION**

17          On December 17, 2014, this Court entered a screening order dismissing Plaintiff's

18   complaint in its entirety for failure to state a claim.  (Doc. 24 at 8).  The Court granted Plaintiff

19   until January 16, 2015, to file an amended complaint seeking injunctive relief.  (*Id.*).  The Court

20   also denied Plaintiff's eleven motions for protective orders without prejudice and directed

21   Plaintiff to file one motion for injunctive relief which incorporated those allegations and

22   identified the specific relief sought.   (*Id.* at 9).  The Court also dismissed Plaintiff's petitions

23   for writ of habeas corpus without prejudice and directed Plaintiff to file his petitions for writ of

24   habeas corpus in a new action.  (*Id.*).  The Court informed Plaintiff that if he did not file an

25   amended complaint by January 16, 2015, the Court would dismiss the case with prejudice.

26   (*Id.*).

27

28                                      Page 1 of 3

1   On December 23, 2014, Plaintiff filed a notice of appeal as to this Court's screening

2   order.  (Doc. 27).  That same day, Plaintiff also filed two petitions for writ of habeas corpus.

3   (Doc. 26, 28).

4   On March 25, 2015, the Ninth Circuit held that "the questions raised in [Plaintiff's]

5   appeal [were] so insubstantial as not to require further argument" and then summarily affirmed

6   this Court's denial of preliminary injunctive relief.  (Doc. 37 at 1).

7   The Court now grants Plaintiff 30 days from the date of this order to comply with this

8   Court's December 17, 2014, order.  Plaintiff has until April 27, 2015, to file an amended

9   complaint seeking injunctive relief.  If he fails to file an amended complaint by April 27, 2015,

10  the Court will dismiss this action with prejudice.

11  Furthermore, pursuant to this Court's screening order, Plaintiff is ordered to not file any

12  more petitions for writ of habeas corpus in this action.  Accordingly, the Court dismisses

13  Plaintiff's petitions for writ of habeas corpus (Doc. 26, 28) without prejudice and directs Plaintiff

14  to file his petitions for writ of habeas corpus in a new action if he believes he has a proper legal

15  basis to do so.

16  **II.     CONCLUSION**

17  Accordingly, **IT IS ORDERED** that the petitions for writ of habeas corpus (Doc. 26, 28)

18  are dismissed without prejudice.  Plaintiff may file a petition for writ of habeas corpus and an

19  *in forma pauperis* application in a new action, but he may not file any further habeas corpus

20  petitions in this case.

21  **IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff two copies of an

22  *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two

23  copies of a blank 28 U.S.C. § 2254 habeas corpus form, and one copy of instructions for the

24  same.

25  **IT IS FURTHER ORDERED** that, plaintiff has until April 27, 2015, to file an amended

26  complaint seeking injunctive relief in compliance with the court's instructions in the screening

27  order (Doc. 24 at 6-8).  If he fails to file an amended complaint by April 27, 2015, this action

28

1   will be dismissed with prejudice.

2          **IT IS FURTHER ORDERED** that the Clerk of Court shall send to Plaintiff the approved

3   form for filing a § 1983 complaint, instructions for the same, a copy of his original complaint

4   (Doc. 25), and a copy of this Court's December 17, 2014 screening order (Doc. 24). If Plaintiff

5   chooses to file an amended complaint, he must use the approved form and he shall write the

6   words "First Amended" above the words "Civil Rights Complaint" in the caption.

7          Dated: March 27, 2015.

8

9                                              Jennifer Dorsey
                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   Page 3 of 3